IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02024-AP

BARBARA SANCHEZ,

      Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

      Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>THOMAS KRAUS,<br>Special Assistant U.S. Attorney<br>1001 Seventeenth St.<br>Denver, CO 80202<br>303-844-0017<br>tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint was filed:**   August 23, 2010

    B. **Date Complaint was served on U.S. Attorney's office:** September 2, 2010.

    C. **Date Answer and Administrative Record were filed:** November 1, 2010.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

    The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

    There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

    There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

    Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A. **Plaintiff's Opening Brief Due**:   January 10, 2011
    B. **Defendant's Response Brief Due**:   February 22, 2011
    C. **Plaintiff's Reply Brief (If Any) Due**: March 8, 2011

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's statement**:

    Plaintiff does not request oral argument.

    B.    **Defendant's statement**

    Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    (  ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

    B.    ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

    DATED this 22nd day of _November, 2010.

                                  BY THE COURT

                                  _s/John L. Kane_____
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

/s *Ann J. Atkinson*
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax:  303-680-7891
Email:  atkinsonaj@aol.com

UNITED STATES ATTORNEY

s/
By: Thomas Kraus, Esq.
Special Assistant U.S. Attorney
1001 Seventeenth St.
Denver, CO 80202
303-844-0017
tom.kraus@ssa.gov