IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-02024-LTB

BARBARA SANCHEZ,

   Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

   Defendant.
_____

ORDER
_____

  Upon Defendant's Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (Doc 22 - filed December 6, 2011), it is

  ORDERED that the Motion is GRANTED.  Plaintiff shall receive a total EAJA award o $3,750.00, which amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.

  IT IS FURTHER ORDERED that the EAJA award is without prejudice to Plaintiff's Attorney's right to seek attorney fees pursuant to Section 206(b) of the Social Security Act, 42 U.S. § 406(b), subject to the offset provisions of the EAJA.  See 28 U.S.C. §§ 2412(c)(1).

  Plaintiff's Motion for Attorney Fees (Doc 20) is DENIED AS MOOT.

          BY THE COURT:


            s/Lewis T. Babcock
          LEWIS T. BABCOCK, JUDGE

DATED: December 7, 2011